UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                            Case No:  6:14-cv-1952-Orl-41KRS

**ROBERT A. ANJAL,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Motion for Entry of Default Judgment (Doc. 8). The United States Magistrate Judge issued a Report and Recommendation (Doc. 10), recommending that this Court grant the Motion on the basis of liability, attorneys' fees, and costs, and require the United States to submit a supplemental memorandum setting forth exactly how it calculated the accrued interest that Defendant owes for each obligation.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 10) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Motion for Entry of Default Judgment (Doc. 8) is **GRANTED in part**.

3. Defendant is liable to the United States of America in the amount of $6,285.60 plus accrued prejudgment interest.

4. The United States is awarded attorneys' fees in the amount of $980.00 and costs in the amount of $40.00.


5. The United States shall file a supplemental memorandum **on or before August 18, 2015**, setting forth exactly how it calculated the accrued interest that Defendant owes for each obligation; Plaintiff should show its work—year by year, and interest rate by interest rate—from the inception of the loans through the date of filing the supplemental memorandum.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record